**Fill in this information to identify the case:**

**Debtor 1** Eileen Michele Walker

**Debtor 2** _____
(Spouse, if filing)

**United States Bankruptcy Court for the:** Central
**District of:** Illinois
(State)

**Case number:** 16-80044

Form 4100N

# Notice of Final Cure Payment                                10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Assoc.

**Court claim no. (if known):** 5

**Last 4 digits of any number you use to identify the debtor's account:** 6504

**Property address:** 207 14th Ave.
Number    Street

Moline, IL 61265
City    State    ZIP Code

## Part 2: Cure Information

**Total cure disbursements made by the trustee:**                          **Amount**

a. Allowed prepetition arrearage:    ( a ) $14,174.62
b. Prepetition arrearage paid by the Trustee:    ( b ) $14,174.62
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1( c ) :    ( c ) _____
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1( c ) and paid by the Trustee:    ( d ) _____
e. Allowed postpetition arrearage:    ( e ) _____
f. Postpetition arrearage paid by the Trustee:    +( f ) _____

g. **Total.** Add Lines b, d, and f.    ( g ) $14,174.62

Form 4100N    Notice of Final Cure Payment    page 1

**Debtor 1**  Eileen Michele Walker    Case number (if known)  16-80044
First Name   Middle Name   Last Name

**Part 3:   Postpetition Mortgage Payment**

*Check one:*

X  Mortgage is paid through the trustee.

Current monthly mortgage payment:   $  449.65

The next postpetition payment is due on:  01/01/2021
MM / DD / YYYY

____  Mortgage is paid directly by the debtor(s).

**Part 4:   A Response is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✖   /s/ Marsha L. Combs-Skinner    Date   February 2, 2021
Signature

Trustee   Marsha L. Combs-Skinner
First Name   Middle Name   Last name

Address   P.O. Box 349
Number   Street

Newman, IL 61942
City        State    ZIP Code

Contact Phone   217-837-9730       Email  Trusteecs@ch13cdil.com

## Certificate of Service

      The undersigned hereby certifies that a copy of the foregoing was served upon, John Vandevelde, Attorney for the Debtor, Molly Slutsky Simons, Attorney for U.S. Bank Trust National Assoc., and the United States Trustee, by electronic notification through ECF on February 2, 2021, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Eileen Michele Walker
207 14th Avenue
Moline, IL 61265

U.S. Bank Trust National Assoc.
c/o Bsi Financial Sefvices
1425 Greenway Drive, Ste. 400
Irving, TX 75038

Molly Slutsky Simons
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140

                                                By: /s/ Marsha L. Combs-Skinner
                                                      Marsha L. Combs-Skinner
                                                      Chapter 13 Standing Trustee